UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE

RHONA VIAN ZEYTOONIAN          CHAPTER 11

         CASE NO. 17-22716 (RDD)

Debtor.

**ORDER DISMISSING CHAPTER 11 CASE**

Upon the motion, dated September 10, 2018 (the "Motion"), of Wells Fargo Bank, N.A. as Servicing Agent for U.S. Bank National Association, as Trustee for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2006-WMC1, for an order, pursuant to Section 1112 of Title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 1017(a) dismissing the above-captioned case; and due and proper notice of the Motion having been made on all necessary parties; and there being no objections to the requested relief; and the Court having held a hearing on the Motion on March 29, 2019; and upon all of the proceedings had before the Court; and after due deliberation the Court having determined that the movant has established sufficient cause for the dismissal of this case based on the debtor's inability to confirm a Chapter 11 plan; and it further appearing that the dismissal of this case, rather than its conversion to a case under Chapter 7 of the Bankruptcy Code, is in the interests of creditors and, to the extent relevant, the debtor; now, therefore, it is hereb

**ORDERED** that the Motion is granted as provided herein; and it is further

**ORDERED** that this Chapter 11 case is hereby dismissed pursuant to 11 U.S.C. sec. 1112(b); and it is further

**ORDERED** that within 14 days of the date of this Order the Debtor shall pay all outstanding fees and statutorry interest owed to the United States Trustee and file the appropriate affidavit of disbursements.

Dated:  April 3, 2019

                                         /s/Robert D. Drain

                                         United States Bankruptcy Judge